| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Party Girls | | | **Network:** | BitTorrent |
| **SHA-1 Hash:** | C637FE905DAE99EBB501ADCB2F75DA8B0EE37118 | | | **District:** | Maryland |

| DOE# | IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|---|
| 1 | 68.34.124.175 | 11/27/2011 12:09 | Germantown | MD | Comcast Cable |
| 2 | 68.48.165.39 | 12/2/2011 20:24 | Severn | MD | Comcast Cable |
| 3 | 68.48.173.174 | 8/22/2011 22:24 | College Park | MD | Comcast Cable |
| 4 | 68.50.178.83 | 10/27/2011 0:33 | Greenbelt | MD | Comcast Cable |
| 5 | 98.204.110.183 | 11/15/2011 16:21 | Parkville | MD | Comcast Cable |
| 6 | 71.191.42.141 | 11/27/2011 22:32 | Damascus | MD | Verizon Internet Services |
| 7 | 96.231.210.76 | 10/24/2011 23:59 | Chevy Chase | MD | Verizon Internet Services |

EXHIBIT A

MD19